# Third District Court of Appeal

**State of Florida**

Opinion filed August 17, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-1931
Lower Tribunal No. 05-24370
_____

**Jeffrey A. Norkin, etc.,**
Appellant,

vs.

**Ralph Milman, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko, Judge.

Jeffrey A. Norkin, in proper person.

AM Law, and Gary M. Murphree, for appellees.

Before WELLS, LAGOA and SCALES, JJ.

PER CURIAM.

We affirm for the reasons articulated in the trial court's detailed, well-reasoned order titled, "Order Granting Defendants' Verified Motion to Strike Intervenors' 'Supplemental and Intervening Complaint as Sham' (as Supplemented)."

Affirmed.